DECKER, U. S. DISTRICT JUDGE, ET AL. *v.*
HARPER & ROW PUBLISHERS,
INC., ET AL.

No. 113. Argued December 16, 1970—Decided January 12, 1971

*Lee A. Freeman, Jr.,* argued the cause for petitioners.
With him on the briefs were *Lee A. Freeman, William J.
Scott,* Attorney General of Illinois, and *John P. Meyer,*
Special Assistant Attorney General, *Chauncey H. Brown-
ing, Jr.,* Attorney General of West Virginia, and *Gene
Hal Williams,* Deputy Attorney General, *Theodore L.
Sendak,* Attorney General of Indiana, and *Wendell C.
Hamacher,* Assistant Attorney General, *Crawford C.
Martin,* Attorney General of Texas, and *Wayne R.
Rodgers,* Assistant Attorney General, *Paul W. Brown,*
Attorney General of Ohio, and *Donald Weckstein* and
*Ted B. Clevenger,* Assistant Attorneys General, *Douglas
M. Head,* Attorney General of Minnesota, and *Eric
Miller,* Assistant Attorney General, *Robert W. Warren,*
Attorney General of Wisconsin, and *George F. Sieker*
and *Theodore L. Priebe,* Assistant Attorneys General,
*Kent Frizzel,* Attorney General of Kansas, and *J. Eugene
Balloun,* Special Assistant Attorney General, *Richard L.
Curry, David J. Young, Charles E. Griffith III,* and
*Robert E. Kendrick.*

*H. Templeton Brown* argued the cause for respondents.
With him on the brief were *Robert L. Stern, Lee N.
Abrams, W. Donald McSweeney, Earl E. Pollock, Peter
Gruenberger, Conrad W. Oberdorfer, Earl A. Jinkinson,
Edgar E. Barton, Leo Rosen, Roger Hunting,* and *Samuel
Weisbard.*

Briefs of *amici curiae* urging affirmance were filed by *David T. Searls, Harry M. Reasoner, Ray D. Henson,* and *John C. Bartlett* for the American Bar Association et al.; by *Andrew P. Miller,* Attorney General, and *Anthony F. Troy* and *T. J. Markow,* Assistant Attorneys General, for the Commonwealth of Virginia; and by *Samuel W. Murphy, Jr.,* and *George S. Leisure, Jr.,* for the Association of the Bar of the City of New York et al. *Edward S. Irons* and *Mary Helen Sears, pro sese,* filed a brief as *amici curiae.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.